UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | **2:25-cv-10188-MCS-PVC** | Date | December 8, 2025 |
| Title | ***Gougis v. And Etc*** | | |

Present: The Honorable    Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    (IN CHAMBERS) ORDER DISMISSING CASE (JS-6)**

On November 13, 2025, the Court ordered Plaintiff to show cause why this case should not be dismissed for lack of standing. (OSC, ECF No. 15.) The Court warned that "[f]ailure to file a timely and satisfactory response will be construed as a concession that Plaintiff lacks standing to pursue the ADA claim and will result in dismissal without further notice." (*Id.* at 3.) Plaintiff did not file a timely response. The Court accordingly dismisses the ADA claim and directs the Clerk to close the case.

**IT IS SO ORDERED.**